UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HORACE ASHFORD and <br> WILLIAM ASHFORD <br>     Plaintiffs, <br><br> v. <br><br> MATTHEW TANIS, <br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**EXHIBIT 1:**
**COPY OF D.C. SUPERIOR COURT FILINGS AND PAPERS**

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM -120
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Form 11

FILED
NOV 06 2013
Superior Court
of the District of Columbia
Small Claims Branch

Plaintiff(s): HORACE & WILLIAM ASHFORD
Address: 1615 Morris Rd SE #201
Washington, DC 20020
Phone No.: 240.355.5194

vs.

Defendant(s):
(1) Matthew Tarus
(2)
(3)

No. SC 2013 SC3 005402

STATEMENT OF CLAIM 6-3-2010 - 7-3-2010

This happen in DC. We, Horace & William Ashford are seeking unpaid wages, totaling $2604. From Matthew J. Tarus, of GSA (General Services Admin.). We are seeking wages of unpaid hours accordingly with time sheets.

DISTRICT OF COLUMBIA, ss: Horace Ashford being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

X Horace Ashford [signature]
Plaintiff/Agent (Sign and Print Name)

Address: 1615 Morris Rd SE #201
City/State/Zip Code: Washington, DC 20020
Phone No.: 240.355.5194

Title:

Subscribed and sworn to before me this 6 day of November, 2013

[signature]
Deputy Clerk (or notary public)

Attorney for Plaintiff (Sign and Print Name)

Address _____ Zip Code _____
Bar No.: _____ Phone No.: _____

**NOTICE (All parties must notify the court of any address changes.)**

To:
(1) Matthew Tarus
2701 Martin Luther King Jr Ave SE Bldg. 40
Washington DC 20020
Address / Zip Code
☐ Home  ☒ Business

(2) Defendant
Address / Zip Code
☐ Home  ☐ Business

You are hereby notified that Horace & William Ashford has made a claim and is requesting judgment against you in the sum of two thousand six hundred four dollars ($ 2604 ), as shown by the foregoing statement. The court will hold a hearing upon this claim on 12/2/13 at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS  BRING THIS NOTICE WITH YOU AT ALL TIMES
Deputy Clerk
Small Claims and Conciliation Branch

CV-431 Revised 4/2012

## INSTRUCTIONS TO DEFENDANTS

IMPORTANT: IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students In Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
### INFORMATION SHEET

Plaintiff: Horace & William Ashford

Case No: 2013 SC3 005402

vs

Defendant: Matthew Tanis

Date: 11/6/2013

Name (please print): Horace & William Ashford

Relationship to Lawsuit:
- [ ] Attorney for Plaintiff
- [x] Self (Pro Se)
- [ ] Other:

Firm Name, if applicable:

Telephone No: 240-355-5194

6 Digit Unified Bar No.:

Do you need an interpreter for your case? [ ] Yes  [x] No   If yes, what type:

AMOUNT IN CONTROVERSY: [ ] $1 -$500   [ ] $500.01 - $2,500   [x] $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____   Case No: _____

NATURE OF SUIT: (Check One Box Only)

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- [ ] Debt Suit
- [ ] Breach of Warranty
- [ ] Negotiable Instrument
- [ ] Personal Property
- [ ] Loan
- [ ] Rent Due
- [x] Unpaid Wages
- [ ] Services Rendered
- [ ] Security Deposit
- [ ] Breach of Contract
- [ ] Home Improvement Contract
- [ ] Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- [ ] Automobile
- [ ] Conversion
- [ ] Shop Lifting
- [ ] Property Damage
- [ ] Destruction of Property
- [ ] Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- [ ] Assault and Battery
- [ ] False Witness
- [ ] Libel and Slander
- [ ] Automobile
- [ ] Personal Injury
- [ ] Negligence
- [ ] Harassment
- [ ] Fraudulent Misrepresentation
- [ ] Slip and Fall

**D.** [ ] UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** [ ] SUBROGATION – a claim filed by one person in the place of another

**E.** [ ] FOREIGN JUDGMENT – a judgment, decree or order filed from another jurisdiction

**H.** [ ] COLLECTION – a claim filed by a seller or lender to collect a consumer debt

**F.** [ ] MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? [ ] Yes [ ] No

CV-3046/Rev. Nov. 07